UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUADALUPE DE LA
CONCEPCION CACERES,

    Petitioner,

v.

JAMES JANECKA, et al.,

    Respondents.

Case No. 5:26-cv-04393-KES

ORDER GRANTING THE PETITION
AND ORDERING PETITIONER'S
IMMEDIATE RELEASE FROM
CUSTODY

Guadalupe De La Concepcion Caceres ("Petitioner") filed a counseled petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition" at Dkt. 1), challenging Petitioner's detention by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  The parties have consented to the jurisdiction of the Magistrate Judge.  (Dkt. 9.)  Respondents' answer states that they "are not presenting an opposition argument at this time." (Dkt. 8.)

Based on the facts and law stated in the Petition, and in light of Respondents' lack of opposition, IT IS HEREBY ORDERED that Judgment will be entered

1

granting the relief requested in the Petition, as follows:

1.    Respondents shall **immediately release** Guadalupe De La Concepcion Caceres (A# 246-582-651) from custody under the same terms of supervision to which she was subject prior to her detention on July 23, 2026.

2.    If Respondents have not released Petitioner **within three days** of the date of this order, Petitioner may file a request for an order to show cause re contempt.

3.    Petitioner is not subject to mandatory detention as an "applicant for admission" under 8 U.S.C. § 1225(b).[1]

DATED:  August 13, 2026

*Karen E. Scott*

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent the Petition seeks attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), Petitioner's counsel would need to file a post-judgment motion that complies with 28 U.S.C. § 2412(d)(1)(B).